**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| VINCENT DAVIS, A/K/A SABREE A. SHARRIEFF, | : | No. 312 WAL 2019 |
| | : | |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| DEPARTMENT OF CORRECTIONS IN ITS | : | |
| OFFICIAL CAPACITY, KERI MOORE, | : | |
| BARRY SMITH, MICHELLE IVICIC, | : | |
| MOBOLAJI WOJOULA, AND ABDUL- | : | |
| RAHMAN ABUMURAD IN THEIR | : | |
| PERSONAL CAPACITIES, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.